UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| United States of America | ] | |
|---|---|---|
| vs. | ] | 16-CR-542-LSC-SRW |
| Darrius Marcel Mastin | ] | |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Susan Russ Walker, United States Magistrate Judge [Doc. 84] entered the 2nd day of January, 2018. Defendant made objections to the Report and Recommendation and this Court has reviewed those as well. This court has made a *de novo* determination of all of the issues addressed in the Report and Recommendation as well as the objections.

It is Ordered that the Report and Recommendation be and hereby is accepted as entered. This court adopts the Report and Recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Defendant's Motion to Suppress Evidence and Statements [Doc. 84] is DENIED.

Done this 21st day of February, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE